**Starsha SEWELL, Plaintiff-Appellant,**

v.

**John HOWARD, Sr., Defendant-Appellee.**

**No. 16-1758**

United States Court of Appeals, Fourth Circuit.

Submitted: November 14, 2016

Decided: November 28, 2016

Starsha Sewell, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha Sewell appeals the district court's orders returning documents to Sewell on the ground that the case is closed. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sewell v. Howard, No. 8:12–cv–02736–JFM (D. Md. June 14 & 29, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED